**In the Matter of Phillip E. GUTMAN.**

No. 582S188.

Supreme Court of Indiana.

May 21, 1985.

ORDER OF SUSPENSION PENDING
FINAL DETERMINATION

Comes now the Hearing Officer before whom the Disciplinary Commission's "Motion for Suspension Pending Prosecution" was filed and, after a hearing thereon, recommends that the Respondent be suspended from the practice of law until final determination of this case.

And this Court, being duly advised, finds at this time that the Hearing Officer's recommendation for suspension pending prosecution should be accepted and approved and the Respondent should be so suspended.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Respondent, Phillip E. Gutman, be and he hereby is suspended from the practice of law in this state pending a final determination by this Court in the present case.

The Clerk of this Court is directed to forward notice of this Order in accordance with the provisions of Admission and Discipline Rule 23, Section 3(d).

All Justices concur.

**In the Matter of Terry L. STEWART.**

No. 385S85.

Supreme Court of Indiana.

May 21, 1985.

ORDER ACCEPTING RESIGNATION
AND DISMISSING CAUSE AS MOOT

Comes now the Respondent in this Cause, Terry L. Stewart, and submits his resignation as a member of the Bar of this State and his Affidavit pursuant to Admission and Discipline Rule 23, Section 14.

And this Court, being duly advised, now finds that the Respondent's Affidavit meets the necessary elements set forth in Admission and Discipline Rule 23, Section 17. Accordingly, this Court accepts Respondent's Resignation which is to be effective immediately.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Terry L. Stewart is hereby removed as a member of the Bar of this State and that the Clerk of this Court remove his name from the roll of attorneys. It is also ordered that the Respondent must comply with the provisions of Admission and Discipline Rule 23, Section 4, in order to become eligible for reinstatement.

IT IS FURTHER ORDERED that, in light of Respondent's resignation, this cause is hereby dismissed as moot.

The Clerk of this Court is directed to forward notice of this Order in accordance with the provisions of Admission and Discipline Rule 23, Section 3(d).

Costs of this proceeding are assessed against the Respondent.

All Justices concur.